AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

**CRIMINAL COMPLAINT**

**GEORGE MCKOY**
**DOB: xx/xx/65**
**PDID: xxx-xxx**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief.  On or about _____**JANUARY 3, 2006**_____ in ___**WASHINGTON**___ county, in

the _____ District of ____**COLUMBIA**____ defendant (s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

in violation of Title _____21_____ United States Code, Section(s) ___841(a)(1)___ .

I further state that I am ___**OFFICER JASON OMO**___ , and that this complaint is

based on the following facts:

### SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:    ☒ Yes  ☐ No

_____
Signature of Complainant
**OFFICER JASON OMO**
**UNITED STATES PARK POLICE**

Sworn to before me and subscribed in my presence,

_____    at    ___**Washington, D.C.**___

**Date**    **City and State**

_____    _____
**Name & Title of Judicial Officer**    **Signature of Judicial Officer**