## STATEMENT OF FACTS

On Tuesday, January 3, 2006, at about 11:56 p.m., sworn officers of the United States Park Police conducted a traffic stop at 35th Street and A St., S.E. Washington, D.C., on the car that defendant George Mckoy was driving. Officers asked the defendant to step out of the vehicle and a search was conducted after the drug dog hit on the center console of the vehicle. During the search of the vehicle, officers recovered a clear sandwich bag containing three smaller ziplock bags containing several white rock substances, which appeared to be crack cocaine base, from the center console. Inside the trunk of the vehicle officers recovered a backpack which contained a digital scale with some white residue which field tested positive for cocaine base. In the left pocket of the backpack officers recovered a plastic bag containing two clear bags with white rock substances weighing approximately 87 grams. In the right side pocket of the backpack officers recovered a black plastic bag containing one clear plastic bag with white rock substances weighing approximately 62 grams. The white rock substance field tested positive for cocaine base. The defendant was placed under arrest and officers recovered $941.00 in U.S. Currency from the defendant and in inside the vehicle. Mail matter in the defendant's name was recovered from the driver's side visor and inside of the backpack. In addition to the mail matter, officers recovered two District of Columbia traffic tickets issued to the defendant for the vehicle he was driving from inside of the glove compartment. In the officer's experience, the amount of the crack cocaine indicate that it was intended for distribution rather than for personal use.

 

_____

OFFICER JASON OMO
UNITED STATES PARK POLICE


SWORN AND SUBSCRIBED BEFORE ME
ON THIS \_\_\_\_ DAY OF JANUARY, 2006


_____

U.S. MAGISTRATE JUDGE