UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA           :

v.                                 :        MAGISTRATE NO. 06-0003M-01 (CR)

GEORGE MCKOY,                      :        **FILED**

                                            FEB 0 3 2006

                    DISMISSAL               NANCY MAYER WHITTINGTON, CLERK
                                            U.S. DISTRICT COURT

The United States, by its attorney, the United States Attorney for the District of Columbia,

pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby requests leave of Court

to dismiss the above-captioned case, without prejudice, and order the forthwith release and discharge

of the above-named defendant on these charges.

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
Bar No. 451-058

BY:  *Abby Stavitsky/ps*

ABBY STAVITSKY
ASSISTANT UNITED STATES ATTORNEY
Bar No. 421-015
Federal Major Crimes Section
555 4th Street, N.W., Room 4645
Washington, D.C. 20530
(202) 353-8829

APPROVED AND GRANTED THIS 3 DAY OF February , 2006.

UNITED STATES MAGISTRATE JUDGE
ALAN KAY
U.S. MAGISTRATE JUDGE